```
WILLIE BRANNER,                    )
                                   )
                Petitioner,        )
                                   )
     v.                            )
                                   )   No. C-90-3219-DLJ
ARTHUR CALDERON, in his            )
capacity as Warden of              )
California State Prison at         )
San Quentin,                       )
                                   )   ORDER
                Respondent.        )
_____)
```

It has come to the attention of the Court that circumstances beyond the control of the petitioner require vacation of the previous due dates and extension of the deadline for filing of petitioner's state habeas petition. Accordingly, good cause appearing, it is hereby ordered that Paragraphs (4) and (6) of the Order of June 2, 1999, Identifying Unexhausted Claims, are amended as follows:

    (1) Petitioner shall present all unexhausted claims and allegations to the California Supreme Court no later than October 27, 2000;

    (2) Petitioner's first status report shall be due on December 1, 2000; and

    (3) No further extensions of these deadlines shall be granted.

IT IS SO ORDERED

Dated: May 19, 2000

_____
D. Lowell Jensen
United States District Judge

**FILED**
MAY 19 2000
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND