ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David Eiseman (Bar No. 114758)
Albert P. Bedecarré (Bar No. 148178)
201 Sansome Street, 6th Floor
San Francisco, California 94104
(415) 986-5700

Attorneys for Petitioner
Willie Branner (erroneously named as
James Willis Johnson)

FILED
OCT 19 2000
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
OCT 18 2000
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

152

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIE BRANNER (erroneously named as JAMES WILLIS JOHNSON),<br>Petitioner,<br>v.<br>ARTHUR CALDERON, Warden of California State Prison at San Quentin,<br>Respondent. | CASE NO. C 90-3219 DLJ<br>**DEATH PENALTY CASE**<br>[~~PROPOSED~~] ORDER AMENDING ORDER IDENTIFYING UNEXHAUSTED CLAIMS |

Petitioner Willie Branner ("Petitioner") has made an *ex parte* request that Petitioner be granted a 10-day extension of time to present his unexhausted claims and allegations to the California Supreme Court. For the reasons set forth in the *ex parte* request and good cause appearing, IT IS HEREBY ORDERED that Paragraphs 4) and 6) of the June 2, 1999, Order Identifying Unexhausted Claims are amended as follows:

1. Petitioner shall present all unexhausted claims and allegations to the California Supreme Court no later than November 6, 2000;

COPIES MAILED TO PARTIES OF RECORD
CC TO D. PENALTY LAW CLK

2. Petitioner's first status report shall be due on December 1, 2000; and

3. No further extensions of these deadlines shall be granted.

IT IS SO ORDERED.

DATED: October 19, 2000

D. Lowell Jensen
United States District Judge