IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **WILLIE BRANNER, aka JAMES WILLIS JOHNSON,**<br><br>                                         Petitioner,<br><br>         v.<br><br>**Robert L. AYERS, Warden of California State Prison at San Quentin,**<br><br>                                         Respondent. | **CAPITAL CASE**<br><br>C-90-3219-DLJ<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A NINTH ENLARGEMENT OF TIME TO FILE AN UPDATED MOTION TO DISMISS BASED ON THE AEDPA STATUTE OF LIMITATIONS, 28 U.S.C. § 2244(d)** |

   Having considered Respondent's Ex Parte Application For A Ninth Enlargement Of Time To File An Updated Motion To Dismiss Based On the AEDPA Statute Of Limitations, 28 U.S.C. § 2244(d), and GOOD CAUSE APPEARING,

   IT IS HEREBY ORDERED as follows:

   1. Respondent's Ex Parte Application For A Ninth Enlargement Of Time To File An Updated Motion To Dismiss Based On The AEDPA Statute Of Limitations, 28 U.S.C. § 2244(d) is GRANTED.

   2. Time shall enlarge by 60 days, and Respondent shall file and serve his Updated Motion on or before October 28, 2008. Petitioner shall file an opposition within 45 days of the date of service of Respondent's motion. Respondent shall file a reply within 30 days of the date of service

*Branner v. Ayers* - [Proposed] Order Granting Resp. Ex Parte Appl. for a Ninth  Enlargement of Time - C-90-3219-DLJ

1

1 of Petitioner's opposition.

2     3.  The Court shall set a hearing date if necessary.

3     DATED: **September 2, 2008**

_____
D. LOWELL JENSEN, Judge
United States District Court

*Branner v. Ayers* - [Proposed] Order Granting Resp. Ex Parte Appl. for a Ninth Enlargement of Time - C-90-3219-DLJ

2