IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BRANNER,<br><br>              Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, Warden of California State Prison at San Quentin,<br><br>              Respondent. | NO. C 90-3219 DLJ<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO MOVE FOR RECONSIDERATION OF ORDER RE ADEQUACY OF STATE PROCEDURAL BARS<br><br>DEATH PENALTY CASE |

    In light of the Supreme Court's recent decision in *Walker v. Martin*, 131 S. Ct. 1120 (2011), the Court grants respondent's Motion For Leave To Move For Reconsideration Of Order Re Adequacy Of State Procedural Bars. Respondent shall file his motion within 45 days of the date of this Order. Petitioner shall file an opposition within 45 days of the date of service of respondent's brief. Respondent shall file a reply within 30 days of service of petitioner's brief.

    **IT IS SO ORDERED.**

DATED: May 26, 2011

                                          D. Lowell Jensen<br>
                                          United States District Judge