QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Petitioner
Willie Branner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIE BRANNER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL MARTEL, Warden of California State Prison at San Quentin,<br><br>　　　　　Respondent. | CASE NO. C 90-3219 DLJ<br><br>**ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION FOR FIRST ENLARGEMENT OF TIME RELATING TO OPPOSITION TO RESPONDENT'S MOTION TO RECONSIDER FINDINGS ON PROCEDURAL DEFAULT** |

　　　　Having considered Petitioner Willie Branner's ("Petitioner") *Ex Parte* Application for Enlargement of Time Relating to Respondent's Motion to Reconsider Findings on Procedural Default, and GOOD CAUSE APPEARING,

　　　　IT IS HEREBY ORDERED as follows:

　　　　1.　　Petitioner's *Ex Parte* Application for Enlargement of Time Relating to Respondent's Motion to Reconsider Findings of Procedural Default is GRANTED.

　　　　2.　　Time shall enlarge by 45 days, and Petitioner shall file and serve his Opposition to Respondent's Motion to Reconsider Findings on Procedural Default on or before September 8, 2011.

1    3.     Respondent shall file and serve his Reply Brief in support of Respondent's Motion
2 to Dismiss 30 days thereafter, on or before October 10, 2011; and
3    4.     The Court shall set a hearing date if necessary.

DATED: July 21, 2011

_____
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT COURT