IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE BRANNER, aka JAMES WILLIS JOHNSON,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL MARTEL, Acting Warden,**<br><br>Respondent. | Case No. C 90-3219 DLJ<br><br>**ORDER GRANTING RESPONDENT'S** *EX PARTE* **APPLICATION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO THE OPPOSITION TO RESPONDENT'S MOTION TO RECONSIDER FINDINGS ON PROCEDURAL DEFAULT** |

Having considered respondent's *Ex Parte* Application for Enlargement of Time, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED as follows:

1. Respondent's *Ex Parte* Application for Enlargement of Time to File a Reply to the Opposition to Respondent's Motion to Reconsider Findings on Procedural Default is GRANTED.

2. Respondent shall file and serve his reply on or before January 6, 2012.

3. The Court shall set a hearing date if necessary.

Dated: __December 9, 2011_____

_____
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT COURT

1