QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Petitioner
Willie Branner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIE BRANNER,<br><br>           Petitioner,<br><br>  vs.<br><br>KEVIN CHAPPELL, Acting Warden of California State Prison at San Quentin,<br><br>           Respondent. | CASE NO. C 90-3219 DLJ<br><br>**[] ORDER GRANTING PETITIONER'S MOTION FOR SECOND ENLARGEMENT OF TIME RELATING TO PETITIONER'S BRIEF ADDRESSING EXCEPTIONS TO PROCEDURAL DEFAULT FOR FIRST GROUP OF DEFAULTED CLAIMS** |

Having considered Petitioner Willie Branner's ("Petitioner") Motion for Second Enlargement of Time Relating to Petitioner's Brief Addressing Exceptions to Procedural Default for First Group of Defaulted Claims, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED as follows:

1. Petitioner's Motion for Second Enlargement of Time Relating to Petitioner's Brief Addressing Exceptions to Procedural Default for First Group of Defaulted Claims is GRANTED.

2. The time for filing the initial brief shall be enlarged by 21 days, and Petitioner shall file and serve his Brief Addressing Exceptions to Procedural Default for First Group of Defaulted Claims on or before September 22, 2014.

00761.50117/6194485.1

-1-      Case No. C 90-3219 DLJ
[ ORDER GRANTING PETITIONER'S MOTION FOR SECOND ENLARGEMENT OF
TIME RELATING TO PETITIONER'S BRIEF ADDRESSING EXCEPTIONS TO PROCEDURAL
DEFAULT FOR FIRST GROUP OF DEFAULTED CLAIMS

1      3. Within 60 days of the date of service of Petitioner's brief, Respondent shall file a
2  response. Within 30 days of the date of service of Respondent's brief, Petitioner shall file a reply.
3  Due-dates for subsequent briefs shall be set by the Court in a subsequent Order.

4

5  DATED: __JEG_____, 2014

6

7  _____
8  HONORABLE D. LOWELL JENSEN
   UNITED STATES DISTRICT COURT

00761.50117/6194485.1

-2-  Case No. C 90-3219 DLJ
[] ORDER GRANTING PETITIONER'S MOTION FOR SECOND ENLARGEMENT OF
TIME RELATING TO PETITIONER'S BRIEF ADDRESSING EXCEPTIONS TO PROCEDURAL DEFAULT
FOR FIRST GROUP OF DEFAULTED CLAIMS